UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY 13-44483 |
| Beth Marie Fiebelkorn, | Chapter 13 |
| Debtor. | |

ORDER TERMINATING AUTOMATIC STAY
AND CODEBTOR STAY

This case is before the court on the motion of Wells Fargo Bank, N.A. for relief from the automatic stay pursuant to 11 U.S.C. § 362(a) and the codebtor stay imposed by 11 U.S.C. § 1301.

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) and 1301 to warrant relief.

**IT IS ORDERED:**

1.      The motion for relief from stay is granted as follows.

2.      The automatic stays imposed by 11 U.S.C. §§ 362(a) and 1301(a) are terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/12/2015*
Lori Vosejpka, Clerk, by LH

1

```
THE SOUTH THIRTY-NINE (39) FEET OF LOT 23 AND THE NORTH FORTY-SIX (46) FEET
OF LOT 22, BLOCK 15, FIRST ADDITION TO NORTH SIDE PARK TO THE CITY OF ST.
CLOUD, ACCORDING TO THE PLAT AND SURVEY THEREOF ON FILE AND OF RECORD IN
THE OFFICE OF THE COUNTY RECORDER IN AND FOR STEARNS COUNTY, MINNESOTA.
```

Subject to that certain mortgage dated September 25, 1995, and recorded in the Office of the Stearns County Recorder on September 26, 1995, as Document Number 804057.

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

DATED: March 12, 2015

/e/ Robert J. Kressel
_____
Robert J. Kressel
United States Bankruptcy Judge